UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------x

SHARON VICTOR,

               Plaintiff,      STIPULATION OF
                                        DISMISSAL WITH
                                        PREJUDICE

  - against -
                                        04 CV 3928 (CBA)(LB)

SUNSHINE DEVELOPMENTAL SCHOOL,

               Defendant.

----------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 17 2005 ★
P.M.
TIME A.M.

The parties in the above captioned matter, pursuant to Federal Rule Civ. P. 41(a)(1), hereby file this Stipulation of Dismissal with Prejudice, dismissing with prejudice the action brought by Sharon Victor against Sunshine Developmental School.

_____
Sharon Victor, Pro Se
Plaintiff
P.O. Box 25236
Fayetteville, NC  28314

_____
David Zenefsky, Esq.
Georgeanne O'Keefe, Esq.
Attorneys for Defendant
1 Columbus Place, S48C
New York, NY  10019

SO ORDERED.   /S/ HON. CAROL B. AMON
8/15/05                                         USDJ